1  SEDGWICK LLP
   BRIAN D. HARRISON (Bar No. 157123)
2  KIRSTEN A. MICKELSON (Bar No. 271623)
   333 Bush Street, 30th Floor
3  San Francisco, California 94104
   Telephone: (415) 781-7900
4  Facsimile:  (415) 781-2635
   *brian.harrison@sedgwicklaw.com*
5  *kirsten.mickelson@sedgwicklaw.com*

6  Attorneys for Defendant
   WESTCHESTER FIRE INSURANCE COMPANY

7  ARATA, SWINGLE, SODHI & VAN EGMOND
8  George Arata (Bar No. 068631)
   William A. Lapcevic (Bar No. 238893)
9  912 11th Street, First Floor (95354)
   Post Office Box 3287
10 Modesto, California 95353
   *blapcevic@arata-law.com*
11 *garata@arata-law.com*

12 Attorneys for Plaintiffs
   ROBERT DRAIZEN, PATRICK MIZE,
   and RODNEY K. LOWE

13

14                    **UNITED STATES DISTRICT COURT**

15                    **EASTERN DISTRICT OF CALIFORNIA**

16                            **FRESNO DIVISION**

17 | ROBERT DRAIZEN; PATRICK MIZE; and RODNEY K. LOWE, | CASE NO. 1:11-cv-01717-AWI-SMS |
|---|---|
| Plaintiffs, | **JOINT STIPULATION AND ORDER RE EXTENSION OF TIME TO FILE RESPONSIVE PLEADING [LOCAL RULE 144]** |
| v. | |
| ACE WESTCHESTER; and WESTCHESTER FIRE INSURANCE COMPANY, | |
| Defendants. | |

25     This Stipulation is entered into by and among plaintiffs Robert Draizen, Patrick

26 Mize and Rodney K. Lowe ("Plaintiffs") and defendant Westchester Fire Insurance

27 Company ("Westchester"), by and through their respective counsel of record, based on the

28 following:

////

1. WHEREAS, on September 14, 2011, Plaintiffs served this action for breach of contract, breach of the covenant of good faith and fair dealing, and bad faith denial of coverage against Westchester and on October 14, 2011, Westchester timely removed the action to this Court; and

2. WHEREAS, the insurance policy at issue contains an Alternate Dispute Resolution ("ADR") provision that requires that any dispute or controversy between the Insured and the Insurer arising out of or relating to the insurance policy be submitted to the ADR process; and

3. WHEREAS, on September 26, 2011, counsel for Westchester submitted to counsel for Plaintiffs a demand letter citing to the mandatory ADR provision in the insurance policy and requesting that Plaintiffs stipulate to discontinue this action without prejudice; and

4. WHEREAS, the current deadline under Federal Rule of Civil Procedure 81(c)(2)(C) for filing a responsive pleading is October 21, 2011; and

5. WHEREAS, on October 14, 2011, the parties timely conferred in compliance with Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 144, and discussed the fact that Plaintiffs are and continue to consider the mandatory ADR provision contained in the insurance policy and summarized in the demand letter dated September 26, 2011 and therefore the parties agreed to extend the deadline for Westchester to file a responsive pleading by twenty-eight (28) days from October 21, 2011 to November 18, 2011.

Accordingly, based upon the foregoing, the parties hereto stipulate and agree as follows:

That the current deadline under Federal Rule of Civil Procedure 81(c)(2)(C) for filing the responsive pleading be extended from October 21, 2011 to November 18, 2011, as permitted by Local Rule 144.

////

////

////

DATED: October 18, 2011          SEDGWICK LLP


                                 By: /s/ Brian D. Harrison
                                     Brian D. Harrison
                                     Attorneys for Defendant
                                     WESTCHESTER FIRE INSURANCE
                                     COMPANY


DATED: October 19, 2011          ARATA, SWINGLE, SODHI & VAN EGMOND


                                 By: /s/ William A. Lapcevic
                                     George Arata
                                     William A. Lapcevic
                                     Attorneys for Plaintiffs
                                     ROBERT DRAIZEN, PATRICK MIZE and
                                     RODNEY K. LOWE



     Based upon the stipulation of the parties, and good cause appearing,

     IT IS HEREBY ORDERED:

     That the current deadline under Federal Rule of Civil Procedure 81(c)(2)(C) for the filing of Westchester's responsive pleading be extended from October 21, 2011 to November 18, 2011, as permitted by Local Rule 144.


Dated:   October 21, 2011              /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

SF/2553514v1

-3-

S