George Arata, SBN 068631
William A. Lapcevic, SBN 238893
ARATA, SWINGLE, SODHI & VAN EGMOND
A Professional Law Corporation
912 11th Street, First Floor (95354)
Post Office Box 3287
Modesto, California 95353
Telephone: (209) 522-2211
Facsimile:  (209) 522-2980

Attorneys for Plaintiffs, ROBERT DRAIZEN;
PATRICK MIZE; RODNEY K. LOWE


Brian D. Harrison, SBN 157123
Kirsten A. Mickelson, SBN 271623
SEDGWICK, LLP
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635

Attorneys for Defendant,
WESTCHESTER FIRE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ROBERT DRAIZEN; PATRICK MIZE; RODNEY K. LOWE, | CASE NO.:  1:11-cv-01717-AWI-SMS |
| Plaintiffs, | **STIPULATION FOR DISMISSAL OF ACTION AND ORDER** |
| v. | |
| ACE WESTCHESTER, and DOES 1 through 25, inclusive, | |
| Defendants. | |
| _____/ | |

    This Stipulation is entered into by and among Plaintiffs Robert Draizen, Patrick Mize and Rodney K. Lowe ("Plaintiffs") and Defendant Westchester Fire Insurance Company ("Westchester"), by and through their respective counsel:

    WHEREAS, Plaintiffs and Westchester have reached a settlement of the entire action.

-1-

STIPULATION FOR DISMISSAL OF ACTION AND ORDER

1  Accordingly, the parties stipulate and agree that the entire action shall be dismissed with
2  prejudice.

4  DATED:  March 28, 2012.                    ARATA, SWINGLE, SODHI & VAN EGMOND
                                              A Professional Law Corporation

6                                              By  /s/  William A. Lapcevic
                                                   William A. Lapcevic
7                                                  Attorneys for Plaintiffs
                                                   ROBERT DRAIZEN; PATRICK MIZE;

9  DATED:  March 28, 2012.                    SEDGWICK, LLP

11                                             By  /s/  Brian D. Harrison
                                                   Brian D. Harrison
12                                                 Kirsten A. Mickelson
                                                   Attorneys for Defendant
13                                                 WESTCHESTER FIRE INSURANCE
                                                   COMPANY

STIPULATION FOR DISMISSAL OF ACTION AND ORDER

## ORDER

Based upon the stipulation of the parties, and good cause appearing,

This action is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated:   April 3, 2012

CHIEF UNITED STATES DISTRICT JUDGE